UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN ANDERSON,

    Plaintiff,                                Case No. 16-cv-10702

                                              Paul D. Borman
v.                                            United States District Judge

USAA CASUALTY INSURANCE,        Elizabeth A. Stafford
COMPANY, *et al.*,                           United States Magistrate Judge

    Defendants.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE STAFFORD'S MAY 9, 2017 REPORT AND RECOMMENDATION (ECF NO. 22) AND (2) DENYING WITHOUT PREJUDICE PLAINTIFF'S AMENDED MOTION FOR DISTRIBUTION OF SETTLEMENT PROCEEDS (ECF NO. 20)

On May 9, 2017, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to Deny Plaintiff's Amended Motion for Distribution of Settlement Proceeds. (ECF No. 22, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court:

(1) ADOPTS the Report and Recommendation (ECF No. 22); and

1

(2) DENIES WITHOUT PREJUDICE Plaintiff's Amended Motion for Distribution of Settlement Proceeds. (ECF No. 20).

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: June 1, 2017

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 1, 2017.

s/Deborah Tofil
Case Manager